**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

     **vs.**                                **CASE NO.8:03-CR-49-T-24MSS**

**DAIQUIRI LEON HILL**

**ORDER**

     This matter is before the Court on the United States' Motion for Reduction of Defendant's Sentence. (doc. 38) The United States moves for a two level reduction in defendant's offense level pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure based on his substantial assistance.

     The motion is **GRANTED.** The defendant originally scored under the United States Sentencing Guidelines to a Level 34, criminal history VI. At sentencing the Court departed downward 5 levels pursuant to U.S.S.G. section 5K1.1 and sentenced the Defendant to 151 months imprisonment. The Court now departs an additional two levels to a level 27, criminal history VI for a sentence of 130 months imprisonment. The remainder of the terms and conditions of the sentence imposed on September 3, 2003 will remain the same. The Clerk is hereby directed to prepare an amended judgment to reflect this departure.

     Done and Ordered this 17th day of May, 2005.

SUSAN C. BUCKLEW
United States District Judge

Copies:  Daiquiri Leon Hill
         Warren H. Dawson, Esquire
         Maria Chapa Lopez,  Assistant United States Attorney